## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, | ) Case No. 17-12560-(KJC) |
| LLC, et al.,[1] | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| _____ | ) |
| LISE DE LA ROCHELLE, PROVIDENT TRUST | ) |
| GROUP, LLC FBO ARNOLD L. BERMAN IRA, | ) |
| STEPHEN and ZOILA THOMPSON, | ) |
| THE BERNARD & SYLVIA FINEBERG LIVING | ) |
| TRUST, BETTY FOSTER, RUTH E. SCOTT, | ) |
| EDNA M. WATTERS, IRENE OLIN TRUST | ) |
| DTD 01/25/1998, KURT FAUDEL, C. SPENCER | ) |
| and VIRGINIA VAN GULICK, PROVIDENT | ) |
| TRUST GROUP, LLC FBO NANCY E. | ) |
| KICHERER IRA, DONALD A. and FLORENCE | ) |
| H. BOTTARO, LAURENCE POPOLIZIO, | ) |
| MICHAEL L. GROSS, AND JONATHAN W. | ) |
| GREENLEAF and BARBARA K. GREENLEAF | ) |
| AS TRUSTEES OF THE GREENLEAF FAMILY | ) |
| TRUST, | ) |
| | ) |
| Plaintiffs, | ) Adv. No. 18-50371-(KJC) |
| | ) |
| v. | ) |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, | ) |
| LLC, *et al*., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## <u>IN AN ADVERSARY PROCEEDING</u>

---

[1]The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks California 91423. The complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/wgc.

YOU ARE SUMMONED and required to file a motion or answer to the adversary complaint which is attached to this summons with the clerk of the bankruptcy within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | 824 N. Market Street, 3rd Floor |
| | Wilmington, Delaware 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| Name and Address of Plaintiff's attorneys: | |
| | |
| THE SARACHEK LAW FIRM | THE ROSNER LAW GROUP LLC |
| Joseph E. Sarachek, Esq. | Frederick B. Rosner, Esq. |
| 101 Park Avenue, 27th Floor | 824 N. Market St., Suite 810 |
| New York, NY 10178 | Wilmington, DE 19801 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:  824 N. Market Street | Room: 5th Floor, Courtroom 5 |
| Wilmington, Delaware 19801 | Date and Time: July 10, 2018 at 11:00 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**

Date:  May 11, 2018

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*