## Exhibit 1

**Stipulation**

## STIPULATION REGARDING BRIEFING DEADLINES

This stipulation is entered into by and among the above-captioned Plaintiffs and Defendants (collectively, the "Parties"). The Parties state as follows:

## RECITALS

WHEREAS, on March 27, 2018, Plaintiffs commenced the above-captioned adversary proceeding by filing their Complaint [Adv. D.I. 1] (the "Complaint") against Defendants; and

WHEREAS, after the Complaint was filed, the Parties conferred with respect to a proposed schedule governing briefing deadlines.

**NOW THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED** that the following shall govern the schedule for briefing deadlines in the litigation of the Adversary Proceeding concerning the Complaint:

1. The deadline for Defendants to file and serve a motion to dismiss the Complaint is extended to and including **June 18, 2018, at 4:00 p.m. (ET)**.

2. The deadline for Plaintiffs to file and serve an opposition to such motion is **July 16, 2018, at 4:00 p.m. (ET)**, and any reply by Defendants in further support of such motion shall be due two (2) weeks from the date Plaintiffs file and serve their opposition.

*[SIGNATURE PAGE FOLLOWS]*

| | |
|---|---|
| Dated: June 11, 2018<br>Wilmington, Delaware | */s/ Sean M. Beach*<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach (No. 4070)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br><br>-and-<br><br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars<br>39th Floor<br>Los Angeles, California 90067<br>Tel:   (310) 407-4000<br>Fax:  (310) 407-9090<br><br>*Counsel for the Debtors and Debtors in Possession* |
| Dated: June 11, 2018<br>Wilmington, Delaware | */s/ Jason A. Gibson*<br>THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (DE No. 3995)<br>Jason A. Gibson (DE No. 6091)<br>824 North Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111<br>Email: rosner@teamrosner.com<br>gibson@teamrosner.com<br><br>-and-<br><br>THE SARACHEK LAW FIRM<br>101 Park Avenue, 27th Floor<br>New York, NY 10178<br>Telephone: (212) 808-7881<br>Facsimile: (646) 861-4950<br>Email: joe@saracheklawfirm.com<br><br>*Counsel for the Plaintiffs* |

01:23296650.2