# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| LISE DE LA ROCHELLE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Defendants. | Adversary Proceeding<br>Case No. 18-50371 (KJC) |

## DEBTORS' MOTION TO DISMISS
## COMPLAINT FOR DECLARATORY JUDGMENT

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

01:23331496.1

Pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012, Woodbridge Group of Companies, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby move for entry of an order, substantially in the form attached hereto, dismissing with prejudice the *Complaint for Declaratory Judgment [etc.]* [Adv. Docket No. 1] (the "Complaint") for failure to state a legally plausible claim for relief. As grounds, the Debtors rely on their *Memorandum of Law in Support of Debtors' Motion to Dismiss Complaint for Declaratory Judgment* and the *Declaration of David M. Stern in Support of Debtors' Motion to Dismiss*, both of which are being filed contemporaneously herewith.

## STATEMENT PURSUANT TO FRBP 7012 AND LOCAL RULE 7012-1

Pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure and Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Debtors hereby consent to entry of a final order or judgment by this Court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, dismissing the Complaint with prejudice and granting such other and further relief as may be just and proper under the circumstances.

Dated: June 18, 2018
Wilmington, Delaware

/s/ Ian J. Bambrick
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Ian J. Bambrick (No. 5455)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

*Counsel to the Debtors and Debtors in Possession*