**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

LISE DE LA ROCHELLE, PROVIDENT TRUST  GROUP, LLC FBO ARNOLD L. BERMAN IRA,  STEPHEN and ZOILA THOMPSON,  THE BERNARD & SYLVIA FINEBERG  LIVING TRUST, BETTY FOSTER, RUTH E.  SCOTT, EDNA M. WATTERS, IRENE OLIN  TRUST DTD 02/25/1998, KURT FAUDEL,  C. SPENCER and VIRGINIA VAN GULICK, PROVIDENT TRUST GROUP, LLC FBO NANCY E. KICHERER IRA, DONALD A. and  FLORENCE H. BOTTARO, LAURENCE POPOLIZIO, MICHAEL L. GROSS, AND  JONATHAN W. GREENLEAF and BARBARA K. GREENLEAF AS TRUSTEES OF THE GREENLEAF FAMILY TRUST

       Plaintiffs,

v.

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*

       Defendants

Adversary Proceeding
No. 18-50371 (KJC)

---

[1]       The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

## CERTIFICATION OF COUNSEL WITH RESPECT TO STIPULATION REGARDING CERTAIN DEADLINES IN THE ADVERSARY PROCEEDING

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors" or "Defendants") hereby certifies as follows:

1.    On March 27, 2018, Plaintiffs, Lise de la Rochelle, Provident Trust Group, LLC FBO Arnold L. Berman IRA, Stephen and Zoila Thompson, The Bernard & Sylvia Fineberg Living Trust, Betty Foster, Ruth E. Scott, Edna M. Watters, Irene Olin Trust DTD 02/25/1998, Kurt Faudel, C. Spencer and Virginia van Gulick, Provident Trust Group, LLC FBO Nancy E. Kicherer IRA, Donald A. and Florence H. Bottaro, Laurence Popolizio, Michael L. Gross, and Jonathan W. Greenleaf and Barbara K. Greenleaf as Trustees of the Greenleaf Family Trust, (collectively, the "Plaintiffs"), by and through their counsel, commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing their Complaint [Adv. D.I. 1] (the "Complaint") against the Debtors.

2.    Pursuant to the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 4], a pretrial conference in the Adversary Proceeding (the "Pretrial Conference") was scheduled for July 10, 2018 at 11:00 a.m. (ET).

3.    On June 18, 2018, the Debtors filed the *Debtors' Motion to Dismiss Complaint for Declaratory Judgment* [Adv. D.I. 7] (the "Motion to Dismiss") and *Memorandum of Law in Support of Debtors' Motion to Dismiss Complaint for Declaratory Judgment* [Adv. D.I. 8].

4.    Under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, the deadline for the Plaintiffs to amend their Complaint as a matter of course was July 9, 2018, which was twenty-one (21) days after the Defendants filed and served the Motion to Dismiss.

5.    After the Motion to Dismiss was filed, the Plaintiffs and the Debtors (together, the "Parties") conferred and have entered into a stipulation (the "Stipulation"), pursuant to which

01:23391710.3

they have agreed to the proposed schedule governing certain deadlines in the litigation of the

Adversary Proceeding.  A copy of the Stipulation is attached as Exhibit 1 to the proposed order

attached hereto as Exhibit A (the "Proposed Order").

      6.     The Debtors submit that the Proposed Order is appropriate and consistent with the

Debtors' discussions with the Plaintiffs, and the Plaintiffs have consented to the entry of the

Proposed Order.

      Accordingly, the Debtors respectfully request the Court to enter the Proposed Order

approving the Stipulation at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated:  July 16, 2018<br>       Wilmington, Delaware | */s/ Sean M. Beach*<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach (No. 4070)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br><br>-and-<br><br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars<br>39th Floor<br>Los Angeles, California 90067<br>Tel:   (310) 407-4000<br>Fax:  (310) 407-9090<br><br>*Counsel for the Debtors and Debtors in Possession* |

**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |
| LISE DE LA ROCHELLE, PROVIDENT TRUST  GROUP, LLC FBO ARNOLD L. BERMAN IRA,  STEPHEN and ZOILA THOMPSON,  THE BERNARD & SYLVIA FINEBERG  LIVING TRUST, BETTY FOSTER, RUTH E.  SCOTT, EDNA M. WATTERS, IRENE OLIN  TRUST DTD 02/25/1998, KURT FAUDEL,  C. SPENCER and VIRGINIA VAN GULICK, PROVIDENT TRUST GROUP, LLC FBO NANCY E. KICHERER IRA, DONALD A. and  FLORENCE H. BOTTARO, LAURENCE  POPOLIZIO, MICHAEL L. GROSS, AND  JONATHAN W. GREENLEAF and BARBARA K. GREENLEAF AS TRUSTEES OF THE GREENLEAF FAMILY TRUST | |
| Plaintiffs, | |
| v. | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.* | Adversary Proceeding No. 18-50371 (KJC) |
| Defendants | **Docket Ref. No. ___** |

---

[1]      The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

## ORDER APPROVING STIPULATION REGARDING CERTAIN DEADLINES IN THE ADVERSARY PROCEEDING

Upon the Certification of Counsel filed by the Debtors;[2] and upon review of such certification and the Parties' *Stipulation Regarding Certain Deadlines in the Adversary Proceeding* attached hereto as <u>Exhibit 1</u> (the "<u>Stipulation</u>"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.      The Stipulation is approved as set forth herein.

2.      The deadline for Plaintiffs to file an amended complaint is July 17, 2018.

3.      The deadline for the Debtors to respond to the amended complaint is August 17, 2018.

4.      The Pretrial Conference in the Adversary Proceeding shall be adjourned to August 21, 2018 at 1:00 p.m. (ET).


Dated: _____, 2018
      Wilmington, Delaware            _____
                                            KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY JUDGE

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23391710.3

**<u>Exhibit 1</u>**

**Stipulation**

01:23391710.3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

LISE DE LA ROCHELLE, PROVIDENT TRUST  GROUP, LLC FBO ARNOLD L. BERMAN IRA,  STEPHEN and ZOILA THOMPSON,  THE BERNARD & SYLVIA FINEBERG  LIVING TRUST, BETTY FOSTER, RUTH E.  SCOTT, EDNA M. WATTERS, IRENE OLIN  TRUST DTD 02/25/1998, KURT FAUDEL,  C. SPENCER and VIRGINIA VAN GULICK, PROVIDENT TRUST GROUP, LLC FBO NANCY E. KICHERER IRA, DONALD A. and  FLORENCE H. BOTTARO, LAURENCE  POPOLIZIO, MICHAEL L. GROSS, AND  JONATHAN W. GREENLEAF and BARBARA K. GREENLEAF AS TRUSTEES OF THE GREENLEAF FAMILY TRUST

            Plaintiffs,

v.

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*

            Defendants

Adversary Proceeding
No. 18-50371 (KJC)

---

[1]         The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

01:23391710.3

## STIPULATION REGARDING CERTAIN DEADLINES IN THE ADVERSARY PROCEEDING

This stipulation is entered into by and among the above-captioned Plaintiffs (the "Plaintiffs") and Defendants (the "Debtors," and collectively with the Plaintiffs, the "Parties"). The Parties state as follows:

## RECITALS

WHEREAS, on March 27, 2018, Plaintiffs commenced the above-captioned adversary proceeding by filing their Complaint [Adv. D.I. 1] (the "Complaint") against the Debtors; and

WHEREAS, a pretrial conference of the Adversary Proceeding (the "Pretrial Conference") was scheduled for July 10, 2018 at 11:00 a.m. (ET); and

WHEREAS, on June 18, 2018, the Debtors filed the *Debtors' Motion to Dismiss Complaint for Declaratory Judgment* [Adv. D.I. 7] (the "Motion to Dismiss") and *Memorandum of Law in Support of Debtors' Motion to Dismiss Complaint for Declaratory Judgment* [Adv. D.I. 8]; and

WHEREAS, the Parties have conferred with respect to a proposed agreement concerning certain deadlines in the Adversary Proceeding.

**NOW THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED** that the following shall govern the schedule for deadlines in the litigation of the Adversary Proceeding concerning the Complaint:

1.      The deadline for Plaintiffs to file an amended complaint is **July 17, 2018**.

2.      The deadline for the Debtors to respond to the amended complaint is **August 17, 2018**.

3.      The Pretrial Conference is adjourned to **August 21, 2018 at 1:00 p.m. (ET)**.

01:23391710.3

Dated: July 16, 2018
Wilmington, Delaware

/s/ Sean M. Beach

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel for the Debtors and Debtors in Possession*

Dated: July 16, 2018
Wilmington, Delaware

/s/ Jason A. Gibson

THE ROSNER LAW GROUP LLC
Frederick B. Rosner (DE No. 3995)
Jason A. Gibson (DE No. 6091)
824 North Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
gibson@teamrosner.com

-and-

THE SARACHEK LAW FIRM
Joseph E. Sarachek
101 Park Avenue, 27th Floor
New York, NY 10178
Telephone: (212) 808-7881
Facsimile: (646) 861-4950
Email: joe@sarucheklawfirm.com

*Counsel for the Plaintiffs*

01:23391710.3