**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered)<br><br>Adversary Proceeding<br>Case No. 18-50371 (KJC)<br><br>**Ref. Adv. Docket Nos. 27 & 28** |
| LISE DE LA ROCHELLE, *et al.*,<br><br>                              Plaintiffs-Appellants,<br><br>vs.<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                              Defendants-Appellees. | Civil Action No. 18-01555 (LPS)<br><br>BAP No. 18-48 |

**APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD**

Appellees Woodbridge Group of Companies, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), some or all of which are defendants in the above-captioned adversary proceeding,[2] hereby provide, pursuant to Rule 8009(a)(2) of the Federal

---

[1]   The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2]   There is uncertainty as to precisely which Debtors are defendants in the adversary proceeding given the non-compliance by the plaintiffs (the "Plaintiffs") with Rule 10(a) of the Federal Rules of Civil Procedure ("FRCP"), made applicable herein by Rule 7010 of the Federal Rules of Bankruptcy Procedure. In violation of the requirement that the caption of an initial pleading such as a complaint "name ***all*** the parties," FRCP 10(a) (emphasis added), Plaintiffs' *First Amended Complaint for Declaratory Judgment that Plaintiffs Are Secured Creditors of the*

01:23829700.1

Rules of Bankruptcy Procedure, the following designation of additional items to be included in the record on appeal from the *Order* [Adv. Docket No. 27] granting the *Debtors' Motion to Dismiss First Amended Complaint for Declaratory Judgment* [Adv. Docket No. 15].

The Debtors hereby designate the following items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein.

*In re Woodbridge Group of Companies, LLC, et al.*, **No. 17-12560 (KJC)**

| Item No. | Bankr. Docket No. | Document Description | Doc. Date |
|---|---|---|---|
| 1. | 2396 | *Order (I) Approving Disclosure Statement, (II) Fixing Record Date, (III) Scheduling Plan Confirmation Hearing [etc.]* | 08/22/2018 |
| 2. | 2397 | *First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and its Affiliated Debtors* | 08/22/2018 |
| 3. | 2398 | *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC [etc.]* | 08/22/2018 |
| 4. | 2721 | *Motion for Approval of Certain Compromises and Settlements, Partial Substantive Consolidation, and Related Relief with Respect to the Plan* | 10/03/2018 |
| 5. | 2829 | *Declaration of Bradley D. Sharp in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation [etc.]* | 10/19/2018 |
| 6. | 2832 | *[SEALED] Declaration of Frederick Chin in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation [etc.]* | 10/19/2018 |
| 7. | 2834 | *Declaration of Soneet R. Kapila* | 10/19/2018 |

---

*Debtors with a Valid, Perfected, First Priority Lien in Certain Real Property, and/or Proceeds from Sale of Certain Real Property* [Adv. Docket No. 12] identifies the defendants only as "Woodbridge Group of Companies, LLC, *et al.*" in both the caption and the body, *see* Compl. ¶ 18.  *See Myles v. United States*, 416 F.3d 551, 551 (7th Cir. 2005) ("to make someone a party the plaintiff must specify him in the caption").

| Item No. | Bankr. Docket No. | Document Description | Doc. Date |
|---|---|---|---|
| 8. | 2836 | *Declaration of Emily Young of Epiq Certifying the Methodology for the Tabulation of Votes on and Results of Voting [etc.]* | 10/19/2018 |
| 9. | 2855 | *Errata to Declaration of Emily Young of Epiq Certifying the Methodology for the Tabulation of Votes on and Results of Voting [etc.]* | 10/22/2018 |
| 10. | 2901 | *Opinion on Confirmation* | 10/26/2018 |
| 11. | 2903 | *Finding of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Liquidation [etc.]* | 10/26/2018 |

Dated: November 7, 2018  
       Wilmington, Delaware

*/s/ Michael S. Neiburg*  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Sean M. Beach (No. 4070)  
Edmon L. Morton (No. 3856)  
Michael S. Neiburg (No. 5275)  
Ian J. Bambrick (No. 5455)  
Rodney Square, 1000 North King Street  
Wilmington, Delaware 19801  
Tel:   (302) 571-6600  
Fax:  (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP  
Kenneth N. Klee (*pro hac vice*)  
Michael L. Tuchin (*pro hac vice*)  
David A. Fidler (*pro hac vice*)  
Jonathan M. Weiss (*pro hac vice*)  
1999 Avenue of the Stars, 39th Floor  
Los Angeles, California 90067

*Counsel to the Debtors and Debtors in Possession*