## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. | Bankruptcy Case No. 17-12560 (KJC) |
| Debtors and Debtors In Possession. | Adv. Pro. No. 18-50371 (KJC) |
| LISE DE LA ROCHELLE, PROVIDENT TRUST GROUP, LLC FBO ARNOLD L. BERMAN IRA, STEPHEN and ZOILA THOMPSON, THE BERNARD & SYLVIA FINEBERG LIVING TRUST, BETTY FOSTER, RUTH E. SCOTT, EDNA M. WATTERS, IRENE OLIN TRUST DTD 02/25/1998, KURT FAUDEL, C. SPENCER and VIRGINIA VAN GULICK, PROVIDENT TRUST GROUP, LLC FBO NANCY E. KICHERER IRA, DONALD A. and FLORENCE H. BOTTARO, LAURENCE POPOLIZIO, MICHAEL L. GROSS, AND JONATHAN W. GREENLEAF and BARBARA K. GREENLEAF AS TRUSTEES OF THE GREENLEAF FAMILY TRUST, | Jointly Administered<br><br>Civil Action No. 18-01555 (LPS) |
| Appellants, | |
| v. | |
| Woodbridge Group of Companies, LLC, *et al*., | |
| Appellees. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Lise De La Rochelle, Provident Trust Group, LLC fbo Arnold L. Berman IRA, Stephen and Zoila Thompson, The Bernard & Sylvia Fineberg Living Trust, Betty Foster, Ruth E. Scott, Edna M. Watters, Irene Olin Trust dtd 02/25/1998, Kurt Faudel, C. Spencer and Virginia Van Gulick, Provident Trust Group, LLC fbo Nancy E. Kicherer IRA, Donald A. and Florence H. Bottaro, Laurence Popolizio, Michael L. Gross, and Jonathan W. Greenleaf and Barbara K. Greenleaf as Trustees of the Greenleaf Family

Trust (collectively, the "Appellants") and Woodbridge Group of Companies, LLC, *et al.* (collectively, "Appellees") hereby stipulate and agree to dismiss the above-captioned bankruptcy appeal with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 19th day of December, 2018.

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE No. 3995)
Jason A. Gibson (DE No. 6091)
824 North Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
      gibson@teamrosner.com

**THE SARACHEK LAW FIRM**
Joseph E. Sarachek (*pro hac vice*)
101 Park Avenue, 27th Floor
New York, NY 10178
Tel: (212) 808-7881
Fax: (646) 861-4950
Email: joe@saracheklawfirm.com

**BLOOD HURST & O'REARDON, LLP**
Timothy G. Blood (*pro hac vice*)
Craig W. Straub (*pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: (619) 338-1100
Fax: (619) 338-1101
Email: tblood@bholaw.com

*Counsel for the Appellants*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: */s/ Edmon L. Morton*
Sean M. Beach (DE No. 4070)
Edmon L. Morton (DE No. 3856)
Michael S. Neiburg (DE No. 5275)
Ian J. Bambrick (DE No. 5455)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

-and-

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

*Counsel to the Appellees*

IT IS SO ORDERED this _____ day of December, 2018

_____
U.S. District Judge Leonard P. Stark